David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*William Berry*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM BERRY, <br><br> Plaintiff(s), <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendant(s). | Case No.: 2:20-cv-02129-JCM-BNW <br><br> **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EQUIFAX INFORMATION SERVICES, LLC** |

**NOTICE IS HERBY GIVEN** that the claims and disputes between William Berry ("Plaintiff") and Defendant Equifax information Services, LLC ("Equifax") have been settled. Plaintiff and Equifax anticipate filing a Stipulation for Dismissal of Plaintiff's claims against Equifax, with prejudice, within 60 days. This will allow time for the settlement to be finalized. Plaintiff requests that all pending dates and filing requirements

as to Equifax be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to Equifax.

Dated:  April 13, 2021

/s/ Shawn W. Miller
David H. Krieger, Esq.
Shawn W. Miller, Esq.
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy.
Suite 200
Henderson, Nevada 89052
*Counsel for Plaintiff*
*William Berry*

### ORDER

Based on the parties' notice of settlement IT IS ORDERED that by 6/15/2021 the parties must file either dismissal documents or a joint status report concerning the status of settlement.

**IT IS SO ORDERED**

**DATED:** 5:13 pm, April 15, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**