David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*William Berry*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM BERRY, | Case No.: 2:20-cv-02129-JCM-BNW |
| Plaintiff(s), | |
| vs. | **STIPULATION AND ORDER DISMISSING ACTION, WITH PREJUDICE, AGAINST EQUIFAX INFORMATION SERVICES LLC, WITH PREJUDICE** |
| EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendant(s). | |

IT IS HEREBY STIPULATED by and between William Berry ("Plaintiff") and

Defendant Equifax information Services, LLC ("Equifax"), collectively the "Parties," by

and through their counsel of record, that the above-entitled action shall be dismissed, with

prejudice, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii) or 41(a)(2).  Accordingly, the Parties

request that the Court dismiss Equifax from this action, with prejudice.

IT IS HEREBY FURTHER STIPULATED that the Parties shall bear their own attorney's fees, costs, and expenses.

STIPULATED and DATED on July 6, 2021.

/s/ Shawn W. Miller
David H. Krieger, Esq.
Shawn W. Miller, Esq.
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway
Suite 200
Henderson, Nevada 89052
*Attorneys for Plaintiff*
**William Berry**

/s/ Jeremy J. Thompson
Jeremy J. Thompson, Esq.
CLARK HILL PLLC
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
*Attorneys for Defendant*
**Equifax Information Services, LLC**

## ORDER

IT IS SO ORDERED**.**

_____
UNITED STATES DISTRICT JUDGE

Dated: July 9, 2021
_____

KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052